IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH EDWIN MITCHELL, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv373-MHT |
| | ) | |
| SCOTT MIDDLEBROOKS, | ) | |
| Warden, | ) | |
| | ) | |
|    Respondent. | ) | |

ORDER

It is ORDERED that petitioner's specific objections (doc no. 58) are overrule.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 21st day of April, 2006.

                                     /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE